Ogden Murphy Wallace PLLC
Attn: Adam Snyder, Esq.
701 5th Avenue, Suite 5600
Seattle, WA 98104

**DEPARTMENT OF HEALTH & HUMAN SERVICES** Office of the Secretary

Departmental Appeals Board, MS 6127
Medicare Appeals Council
330 Independence Avenue
Cohen Building, Room G-644
Washington, DC 20201
(202)565-0100/Toll Free:1-866-365-8204

Docket Number: M-25-2904
OMHA Appeal Number: 3-14494568214

Ogden Murphy Wallace PLLC
Attn: Adam Snyder, Esq.
701 5th Avenue, Suite 5600
Seattle, WA 98104

NOTICE AND ORDER OF MEDICARE APPEALS COUNCIL

Notice to Beneficiaries

You are one of the beneficiaries whose Medicare claim is included in this order. To preserve your privacy, only the appellant will receive a list of all beneficiaries. Each beneficiary will receive a redacted beneficiary list.

What This Notice Means

Enclosed is an order of the Medicare Appeals Council.

This notice and enclosed order were mailed on February 20, 2026.

Enclosure

cc: Beneficiaries
Innovative Wound Healing & Dermatology
Q2A AdQIC Records Management

DEPARTMENT OF HEALTH AND HUMAN SERVICES
DEPARTMENTAL APPEALS BOARD
**Medicare Appeals Council**
**Docket No. M-25-2904**

Innovative Wound Healing and Dermatology, Appellant
OMHA Appeal No. 3-14494568214

# ORDER OF MEDICARE APPEALS COUNCIL GRANTING REQUEST FOR ESCALATION

The Medicare Appeals Council (Council) received your request to escalate the above appeal[1] to Federal district court dated February 11, 2026.[2] The Council grants your request for escalation.

The 90-day time frame for the Council to issue a decision, dismissal, or remand order has expired. *See* 42 C.F.R. § 405.1100(c). Due to the large number of pending appeals, the Council is unable to issue a decision, dismissal, or remand order within five calendar days of your request to escalate to Federal district court. 42 C.F.R. § 405.1132(a)(1). Under these circumstances, the regulations permit you to bypass Council review and seek review of the Administrative Law Judge's (ALJ's) decision in Federal district court. 42 C.F.R. § 405.1132(a)(2).

In order to escalate, you must file an action in Federal district court within 60 calendar days after you receive this notice <u>and</u> the amount in controversy must be $1,960 or more. 42 C.F.R. §§ 405.1132(b), 405.1136(a)(1); 90 Fed. Reg. 55869 (Dec. 4, 2025). If you cannot file your complaint within 60 days, you may ask the Council to extend the time in which you may begin a civil action. However, the Council will only extend the time if you provide a good reason for not meeting the deadline. Your reason must be set forth clearly in your request. *Id.* § 405.1134. If you do not file an action in Federal district court, then your appeals will remain before the Council. 42 C.F.R. § 405.1136(a)(2).

If a civil action is commenced, the complaint should name the Secretary of Health and Human Services as the defendant and should include the Council's docket number and the OMHA appeal numbers shown at the top of this notice. 42 C.F.R. § 405.1136(d). The Secretary must be served by sending a copy of the summons and complaint by registered or certified mail to the General Counsel, Department of Health and Human

[1] The appellant's request for escalation references OMHA appeal number 3-14021612245. However, this OMHA appeal number is associated with an unrelated appeal. Based upon the information contained in the request, the Council has determined that the appellant is referencing the instant matter, OMHA appeal number 3-14494568214.
[2] A list with the beneficiaries' initials, the Office of Medicare Hearings and Appeals (OMHA) appeal number, and the dates of service at issue is attached to this action. *See* Attachment A.

Services, 200 Independence Avenue, S.W., Washington, D.C. 20201.

In addition, you must serve the United States Attorney for the district in which you file your complaint and the Attorney General of the United States. *See* rules 4(c) and (i) of the Federal Rules of Civil Procedure and 45 C.F.R. § 4.1.

**MEDICARE APPEALS COUNCIL**

Cristina M. Prelle
Administrative Appeals Judge

Date: February 20, 2026

**Attachment A - Beneficiary List**
**M-25-2904**
**Appellant: Innovative Wound Healing & Dermatology**

| Beneficiary | Dates of Service | OMHA Appeal Number |
|---|---|---|
| O.L. | June 10, 2023 – August 11, 2023 | 3-14494568214 |
| K.C. | April 28, 2023 – June 29, 2023 | 3-14494568214 |
| R.H. | February 11, 2023; March 4, 2023 | 3-14494568214 |
| R.M. | March 31, 2023 | 3-14494568214 |
| F.S. | March 4, 2023 – March 31, 2023 | 3-14494568214 |
| V.F. | February 19, 2023 | 3-14494568214 |
| M.B. | March 4, 2023 – June 30, 2023 | 3-14494568214 |
| J.S. | February 4, 2023 | 3-14494568214 |

DEPARTMENT OF
HEALTH & HUMAN SERVICES

DEPARTMENTAL APPEALS BOARD
MEDICARE APPEALS COUNCIL, MS 6127
330 INDEPENDENCE AVENUE, S.W.
ROOM G-644, COHEN BUILDING
WASHINGTON, DC 20201

FIRST-CLASS

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE PITNEY BOWES
ZIP 20237 $ 001.03⁰
02 7W
0000057112 FEB 20 2026

RECEIVED
FEB 23 2026
Ogden Murphy Wallace, PLLC

Ogden Murphy Wallace PLLC
Attn: Adam Snyder, Esq.
701 5th Avenue, Suite 5600
Seattle, WA 98104

98104$7045 C069